Janice JOHNSON, Appellant,

v.

Ruth A. POYNTER and Mickey Poynter, Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Marvin Cornett, Stanford, for appellant.

Pat Rankin, Stanford, for appellees.

Memorandum Opinion of the Court by Special Commissioner ARTHUR T. ILER, Reversing.*

William HURT, Appellant,

v.

William Green FLETCHER, Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Benjamin L. Dickinson, Richardson, Barrcikman & Dickinson, Glasgow, for appellant.

Redford & Redford, Glasgow, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Opal Y. PARSLEY, Widow, Second National Bank, Mortgagee, Appellees.

Court of Appeals of Kentucky.

Dec. 7, 1973.

Carl T. Miller, Jr., Frankfort, Theodore H. Lavit, Lavit & Blandford, Lebanon, David G. Carroll, Somerset, for appellant.

Robert L. Milby, F. Preston Farmer, Hamm, Taylor, Milby & Farmer, London, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

JOHNSON BONDING COMPANY, INC., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 7, 1973.

E. W. Rivers, Melton & Rivers, Paducah, for appellant.

Ed Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.